IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KEVIN L. BALLARD, | |
|---|---|
| Petitioner, | 8:25CV508 |
| vs. | |
| NEBRASKA DEPARTMENT OF CORRECTIONS, and LANCASTER COUNTY DISTRICT COURT, | MEMORANDUM AND ORDER |
| Respondents. | |

Petitioner submitted a request to proceed in forma pauperis. Filing No. 4. However, his request does not comply with the terms of 28 U.S.C. § 1915, the statute authorizing proceedings in forma pauperis. *See* 28 U.S.C. § 1915(a)(1) (requiring the petitioner to submit "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor"). Petitioner has the choice of either submitting the $5.00 filing fee to the Clerk's office or submitting a request to proceed in forma pauperis that complies with 28 U.S.C. § 1915. Failure to take either action within 30 days may result in the Court dismissing this case without further notice to Petitioner.

IT IS THEREFORE ORDERED that:

1. Petitioner's request to proceed in forma pauperis, Filing No. 4, is denied without prejudice to reassertion in a motion for leave to proceed in forma pauperis that complies with 28 U.S.C. § 1915.

2. Petitioner is directed to submit the $5.00 fee to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action may result in dismissal of this matter without further notice.

3. The Clerk of the Court is directed to send to Petitioner the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

4. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **October 3, 2025**: Check for MIFP or payment.

Dated this 3rd day of September, 2025.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
Senior United States District Judge