IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN L. BALLARD,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONS, and LANCASTER COUNTY DISTRICT COURT,<br><br>　　　　　　Respondents. | **8:25CV508**<br><br>**NUNC PRO TUNC ORDER** |

　　On November 19, 2025, the Court filed a Memorandum and Order that contained a scrivener's error. Filing No. 11. The Petitioner's name in the second line of the first page should have read as follows: Kevin L. Ballard. The Court hereby amends the first line of the November 19, 2025, Memorandum and Order, Filing No. 11, to read, "This matter is before the Court on preliminary review of Petitioner Kevin L. Ballard's Petition for Writ of Habeas Corpus, Filing No. 1, brought pursuant to 28 U.S.C. § 2254 on August 20, 2025."

　　SO ORDERED.

　　Dated this 3rd day of December, 2025.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge